996 F.2d 1221
 NOTICE: Eighth Circuit Rule 28A(k) governs citation of unpublished opinions and provides that they are not precedent and generally should not be cited unless relevant to establishing the doctrines of res judicata, collateral estoppel, the law of the case, or if the opinion has persuasive value on a material issue and no published opinion would serve as well.
 N. Walter GOINS, Plaintiff-Appellant,
v.
Dale W. LANG; Ronald R. Jensen; Halcomm, Inc., a Minnesota
corporation; KX Acquisition, Limited Partnership, a
Minnesota limited partnership and their officers and
directors, and the signatories, lenders and participants in
a November 30, 1988 Letter Agreement of Halcomm; KTMA
Acquisition Corp., a New York corporation; Red River
Broadcast Corp., a Minnesota corporation, including
Syndicated Communications, Inc. of Washington, D.C. and its
subsidiary, Syncom Capital Corp.; Broadcast Capital, Inc.,
a Virginia corporation; Defendants-Appellees,
Donald R. JOHNSTON; Larry B. Ricke; Thomas J. Lallier, Defendants.
 
 No. 92-3717.
 United States Court of Appeals,
Eighth Circuit.
 Submitted: June 17, 1993.
Filed: June 25, 1993.
 Appeal from the United States District Court for the District of Minnesota.
 Before McMILLIAN, FAGG, and HANSEN, Circuit Judges.
 PER CURIAM.
 
 
 1
 N. Walter Goins appeals the district court's grant of summary judgment in favor of designated appellees. After a careful review of the record, we agree with the district court's rulings on the questions presented by the appeal. Accordingly, we affirm on the basis of the district court's opinion. We also deny Goins motion to supplement the record.